UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL DAKOTA PHILLIPS,

    Plaintiff,

v.     Case No. 5:21-cv-100-TKW/MJF

NATHANIEL BROWN, *et al.*,

    Defendants.

_____/

# ORDER

This case is before the Court based on the magistrate judge's Amended Report and Recommendation (Doc. 21) and Plaintiff's objection (Doc. 22). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that the First and Fourteenth Amendment claims against all Defendants and the Eighth Amendment claim against Defendant Rotter[1] should be dismissed with prejudice pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. The Court also agrees

---

[1] Notably, Plaintiff's proposed third amended complaint did not include any claims against Defendant Rotter and Plaintiff stated in his objection that he "dismiss[ed] his claims voluntarily against K. Rotter giving and allowing him full complete justice and immunity from suit." Doc. 22 at 1.

that the "Amended Complaint #3" (Doc. 20) filed by Plaintiff without leave of court should be construed as a proposed third amended complaint filed with an implicit request for leave to amend and that leave to amend should be denied because the proposed third amended complaint does not cure the deficiencies in the second amended complaint and the new claims that it seeks to assert (e.g., a First Amendment claim against Defendant Brown and Eighth and Fourteenth Amendment claims against Defendants Holden and Merrill) are legally insufficient.[2]

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's implicit request for leave to file a third amended complaint is **DENIED**.

3. The First and Fourteenth Amendment claims against all Defendants in the second amended complaint are **DISMISSED with prejudice**.

4. The Eighth Amendment claim against Defendant Rotter in the second amended complaint is **DISMISSED with prejudice**.

---

[2] The only claims in the proposed third amended complaint that may be sufficiently pled are the Eighth Amendment claims for excessive use of force/failure to intervene against Defendants Williams and Brown, but the allegations relating to those claims in the proposed third amended complaint appear to be the same as the allegations in the second amended complaint. Thus, as a practical matter, it makes no difference whether those claims proceed on the proposed third amended complaint or the second amended complaint, and because there is no other reason to allow the filing of a third amended complaint, it makes more sense for those claims to proceed on the second amended complaint.

4.  This case is recommitted to the magistrate judge for further proceedings on the Eighth Amendment claims against Defendants Brown and Williams.

**DONE and ORDERED** this 18th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**